UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.: 9:22-CIV-22541-BER

METROCITY HOLDINGS, LLC,

    Plaintiff,

    v.

BANK OF AMERICA, N.A.,

    Defendant.

_____/

RUSTY115 CORP., *et al.*,

    Plaintiffs,

    v.

BANK OF AMERICA, N.A.,

    Defendant.

_____/

**NOTICE OF SEALED FILING OF PROPOSED AMENDED COMPLAINT**

Rusty Plaintiffs, by and through undersigned counsel, and in compliance with the Court's Order Granting Plaintiffs' Motion to file its Proposed Amended Complaint Under Seal, dated April 1, 2024 (ECF No. 63), hereby give notice that the foregoing document is being electronically filed under seal attached hereto as Exhibit A.

///

///

Dated: April 2, 2024

Respectfully submitted,

**BOIES SCHILLER FLEXNER LLP**

By: <u>*/s/ Carlos M. Sires*</u>

    Stuart H. Singer, Esq.
    Fla. Bar No. 377325
    Carlos M. Sires, Esq.
    Fla. Bar No. 319333
    Jesse Panuccio
    Fla. Bar. No. 031401
    Ana Carolina Varela
    Fla. Bar No. 123069
    401 East Las Olas Blvd., Suite 1200
    Fort Lauderdale, Florida 33301
    Telephone: (954) 356-0011
    Facsimile:  (954) 356-0022
    Email: ssinger@bsfllp.com
    Email: csires@bsfllp.com
    Email: jpanuccio@bsfllp.com
    Email: avarela@bsfllp.com

    John J. Kucera, Esq.
    CA Bar No. 274184
    2029 Century Park East, Suite 1520
    Los Angeles, CA 90067
    Telephone: (213) 995-5758
    Facsimile:  (213) 624-9022
    Email: jkucera@bsfllp.com

    *Attorneys for Plaintiffs*